**United States District Court**
For the Northern District of California

**\*\*E-filed 08/03/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GARY V. JERNIGAN,                                          No. C 09-5192 RS

        Plaintiff,

        v.                                                **ORDER RE SERVICE**

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

        Defendants.
_____/

On November 24, 2009, the Court issued an order granting plaintiff's application to proceed
in *forma pauperis*, and directing the U.S. Marshall to serve process on defendants.  Defendants
assert that they received copies of the complaint and summons by mail, but that service was
defective because either service needed to be made personally, or if made by mail, then requests for
waiver of personal service and return envelopes should have been included in the materials provided
to them.  Defendants further contend that the summonses purported to require a response within 20
days, which they point out is not correct for service by mail.  The U.S. Marshall is directed to re-
serve the complaint, summons, any amendments, scheduling orders, attachments, plaintiff's
affidavit, the November 24, 2009 order, and this order, in compliance with Rule 4 of the Federal

1    Rules of Civil Procedure.  The Case Management Conference in this matter is hereby continued to

2    October 28, 2010.

3

4    Dated:08/03/2010

                 RICHARD SEEBORG

5                  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2

3   **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

4   Gary V. Jernigan

5   1050 Weeks Street
    East Palo Alto, CA 94303

6

7

8

9   DATED: 08/03/2010

10
                                        /s/ Chambers Staff
11                                      Chambers of Judge Richard Seeborg

12

13  * Counsel are responsible for distributing copies of this document to any co-counsel who have not
    registered with the Court's electronic filing system.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28