*E-Filed 3/1/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY V. JERNIGAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. C 09-5192 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a), with each party to bear his own attorneys' fees and costs.

Dated: February 28, 2011　　　　　　_/s/ Gary V. Jernigan_
　　　　　　　　　　　　　　　　　　　　GARY JERNIGAN
　　　　　　　　　　　　　　　　　　　　Plaintiff

Dated: February 28, 2011

CHARLES J. ANTONEN
Deputy Attorney General
Attorneys for Defendants
*California Department of Corrections &
Rehabilitation and Old Folsom State Prison*

IT IS SO ORDERED

Dated:  3/1/11

The Honorable Richard G. Seeborg

2

Stip. & [Proposed] Order of Dismissal With Prejudice (Case No. C 09-5192 RS)